UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MIGUEL CARRASQUILLO,

Defendant.

**ORDER**

19 Cr. 539 (PGG)
21 Civ. 10880 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On December 15, 2021, Defendant Miguel Carrasquillo filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255, alleging ineffective assistance of counsel. (19 Cr. 539, Dkt. No. 43; 21 Civ. 10880, Dkt. No. 1)

On January 27, 2022, this Court entered an order directing Defendant to execute and return to this Court within 45 days an "Attorney-Client Privilege Waiver (Informed Consent)" form. (19 Cr. 539, Dkt. No. 46)  On March 30, 2022, this Court afforded Defendant an additional 20 days to execute and return the form. (19 Cr. 539, Dkt. No. 49)

On April 12, 2022, Defendant filed an executed copy of the waiver form on the civil case docket, but not on the criminal case docket. (See 21 Civ. 10880, Dkt. No. 6)  In the waiver form – which Defendant attaches to a letter dated April 4, 2022 – Defendant authorizes his former counsel in the criminal case, Marc Greenwald, to give testimony relating to Defendant's ineffective assistance of counsel claim. (Id. at 2)  Marc Greenwald represented Defendant from the onset of the criminal case in July 2019 through Defendant's sentencing on February 12, 2020, and he therefore appears to be the attorney relevant to Defendant's ineffective assistance of counsel claim. (See 19 Cr. 539, Petition (Dkt. No. 43) at 4-6)

       Because Defendant has returned and executed the waiver form, the Government will file a response to Defendant's habeas petition by **November 8, 2024**.

Dated: New York, New York
       October 7, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge